UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| LORRIE ELLEN STIMAC, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>WELLS FARGO BANK, N.A., Successor to WORLD SAVINGS BANK, FSB, AND WACHOVIA CORPORATION, FSB; CAL WESTERN RECONVEYANCE CORPORATION and DOES 1 through 50 inclusive.<br><br>　　　　Defendants | Case No.: 2:13-cv-00619-LKK-CMK<br><br>[The Honorable Lawrence K. Karlton]<br><br>**ORDER RE GRANTING DEFENDANTS' NOTICE OF CONTINUANCE OF MOTION TO DISMISS**<br><br>Date:　　July 8, 2013<br>Time:　　10:00 a.m.<br>Ctrm:　　4, 15th Floor |

　　Having read and considered the agreement of counsel for Plaintiff and Defendants, and good cause appearing:

　　**IT IS HEREBY ORDERED:**

　　1.　The current hearing date of May 13, 2013 for defendant Wells Fargo's motion to dismiss complaint is hereby continued to July 8, 2013, at 10:00 a.m. in Courtroom 4, 15th Floor

of the above-captioned court.

   2. All further briefs shall be filed in accordance with the Court's rules consistent with the July 8, 2013 hearing date.

DATED: May 8, 2013.

           _____
           LAWRENCE K. KARLTON
           SENIOR JUDGE
           UNITED STATES DISTRICT COURT

**CERTIFICATE OF SERVICE**

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California  91101-2459.

On the date below, I served a copy of the foregoing document entitled:

**[PROPOSED] ORDER RE GRANTING DEFENDANTS' NOTICE OF CONTINUANCE OF MOTION TO DISMISS**

on the interested parties in said case as follows:

**Served By Means Other than Electronically Via the Court's CM/ECF System**

*Attorneys for Plaintiff*

Chad T-W Pratt, Sr.
Marilyn S. Yee
Real Estate Law Center, PC
695 S. Vermont Ave., Suite 1100
Los Angeles, CA 90005
Tel: (213) 382-3250
Fax: (213) 281-9621
Marilyn@lenderlawlitigation.com

☒ **BY MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence by mailing.  Under that same practice it would be deposited with U.S. Postal Service on that same day with postage fully prepaid at Pasadena, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.  This declaration is executed in Pasadena, California on May 6, 2013.

| Vanessa Ngo | */s/ Vanessa Ngo* |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |