# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORRIE ELLEN STIMAC, AN INDIVIDUAL<br><br>       Plaintiffs,<br>  vs.<br><br>WELLS FARGO BANK NA, Successor to WORLD SAVINGS BANK, FSB, AND WACHOVIA CORPORATION, FSB, CAL WESTERN RECONVEYANCE CORPORATION and DOES 1 through 50 inclusive.<br><br>       Defendants | CASE NO. 2:13-CV00619-LKK-CMK<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO REMAND**<br><br>(Removed from the Superior Court of Butte County, Case No. 158849<br><br>Action Filed on January 31, 2013<br><br>Hearing Date: June 17, 2013<br>Time:        10:00AM<br>Courtroom:    4, 15th Floor |

//
//
//
//

PROPOSED ORDER RE MOTION TO REMAND - 1

The Court, having considered the documents on file and all other matters presented, including defendants' Statement of Non-opposition, rules that Plaintiffs' Motion to Remand (ECF No. 6) is GRANTED.  Pursuant to 28 U.S.C. § 1447(c), this action is hereby REMANDED to the Superior Court of the State of California, County of Butte.  All dates in this matter are VACATED, and the Clerk is directed to close this case.

IT IS SO ORDERED.

DATED:  June 11, 2013

```
_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT
```