**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LORRIE ELLEN STIMAC, AN INDIVIDUAL<br><br>         Plaintiffs,<br>    vs.<br><br>WELLS FARGO BANK NA, Successor to WORLD SAVINGS BANK, FSB, AND WACHOVIA CORPORATION, FSB, CAL WESTERN RECONVEYANCE CORPORATION and DOES 1 through 50 inclusive.<br><br>         Defendants | CASE NO. 2:13-CV00619-LKK-CMK<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO REMAND**<br><br>(Removed from the Superior Court of Butte County, Case No. 158849<br><br>Action Filed on January 31, 2013<br><br>Hearing Date: June 17, 2013<br>Time:            10:00AM<br>Courtroom:    4, 15th Floor |

//
//
//
//

1  The Court, having considered the documents on file and all other matters
2  presented, including defendants' Statement of Non-opposition, rules that
3  Plaintiffs' Motion to Remand (ECF No. 6) is GRANTED.  Pursuant to 28 U.S.C. §
4  1447(c), this action is hereby REMANDED to the Superior Court of the State of
5  California, County of Butte.  All dates in this matter are VACATED, and the Clerk
6  is directed to close this case.

9  IT IS SO ORDERED.

12  DATED: June 11, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT